1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER STEVENS et al.,

11         Plaintiffs,              CIV. NO. S-12-0090 LKK CKD PS

12     vs.

13   AMERICAN HOME MORTGAGE
     SERVICING INC. et al.,
14
           Defendants.             <u>ORDER AND</u>
15                                  <u>FINDINGS AND RECOMMENDATIONS</u>

16   _____/

17         This case, in which plaintiffs are proceeding pro se, is before the undersigned

18   pursuant to E.D. Cal. L.R. 302(c)(21).  <u>See</u> 28 U.S.C. § 636(b)(1).  On January 19, 2012,

19   defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  The motion was

20   noticed to be heard on February 29, 2012.  (Dkt. No. 7.)

21         On February 17, 2012, because plaintiffs had not filed either an opposition or a

22   statement of non-opposition to the motion, the undersigned continued the hearing on the motion

23   to March 14, 2012 and directed plaintiffs to file an opposition to the motion, or a statement of

24   non-opposition thereto, no later than February 29, 2012.  (Dkt. No. 10.)  Plaintiffs were advised

25   that failure to file an opposition would be deemed a statement of non-opposition to the pending

26   motion and would result in a recommendation that this action be dismissed.

1

1      Although the deadlines have now passed, the court docket reflects that plaintiffs

2  have not filed an opposition to the motion or a statement of non-opposition to the motion.  In

3  light of plaintiffs' failures, the undersigned will recommend that this action be dismissed for

4  failure to prosecute the action and for failure to comply with court orders and Local Rules, and

5  that defendants' motion to dismiss be denied as moot.  See Fed. R. Civ. P. 41(b); E.D. Cal. L.R.

6  110.

7      Accordingly, IT IS HEREBY ORDERED that:

8      1.  The hearing date of March 14, 2012 on defendants' motion to dismiss is

9  vacated; and

10      IT IS HEREBY RECOMMENDED that:

11      1.  This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b),

12  based on plaintiffs' failure to prosecute the action and to comply with court orders and Local

13  Rules;

14      2.  Defendants' motion to dismiss (dkt. no. 7) be denied as moot; and

15      3.  The Clerk of Court be directed to close this case.

16      These findings and recommendations are submitted to the United States District

17  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

18  (14) days after being served with these findings and recommendations, any party may file written

19  objections with the court and serve a copy on all parties.  Such a document should be captioned

20  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

21  \\\\\

22  \\\\\

23  \\\\\

24  \\\\\

25  \\\\\

26  \\\\\

1  shall be served and filed within seven (7) days after service of the objections.  Failure to file

2  objections within the specified time may waive the right to appeal the District Court's order.

3  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4   Dated: March 1, 2012

5

6                                                      CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE

7  Stevens.90.nop.fr.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26